UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-04626-SVW-FFMx | Date | November 7, 2017 |
|---|---|---|---|
| Title | *Wellington v. New Penn Financial* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING CASE

There has been no activity on this case for the past two months. Accordingly, it is DISMISSED.

IT IS SO ORDERED.

:

Initials of Preparer

PMC